IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONY JAMES BELCOURT,<br>HAILEY LEE BELCOURT,<br>SHAD JAMES HUSTON,<br>K&N CONSULTING, LLC,<br>and TMP SERVICES, LLC.<br><br>Defendants. | CR 13-98-GF-BMM<br><br>[PROPOSED]<br><br>ORDER GRANTING MOTION BY SHAD JAMES HUSTON, K&N CONSULTING, LLC, and TMP SERVICES, LLC TO ALLOW SHAD JAMES HUSTON AND K&N CONSULTING TO ENTER PLEAS OF GUILTY TO COUNT III OF THE SUPERSEDING INDICTMENT AND SETTING HEARING DATE |

Upon consideration of an unopposed motion by Counsel for Shad James Huston, K&N Consulting, LLC, and TMP Services, LLC, IT IS HEREBY ORDERED that Shad James Huston and K&N Consulting, LLC shall be allowed to change their pleas of "Not Guilty" to pleas of "Guilty" to Count III of the Superseding Indictment which alleges a violation of 18 U.S.C. §1163, Theft from and Indian Tribal Organization.

IT IS FURTHER ORDERED that a hearing on this matter is set for the ___ day of July, 2014 at _____ o'clock __.m.

SO ORDERED this _____ day of _____, 2014.

_____
Brian M. Morris, District Judge
United States District Court