ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
104 2nd Street South, Suite 301
Great Falls, Montana 59401
anthony_gallagher@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorneys for Defendant Shad Huston

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAD JAMES HUSTON,<br><br>Defendant. | **Case No. CR 13-98-GF-BMM**<br>**Case No. CR 14-46-GF-BMM**<br>**Case No. CR 14-47-GF-BMM-2**<br><br>**DEFENDANT SHAD HUSTON'S RESPONSE TO COURT ORDER: MOTIONS TO BE REVIEWED** |

      Shad James Huston ("Mr. Huston"), by and through his attorneys, Anthony R. Gallagher and the Federal Defenders of Montana, hereby responds to this Court's Order of August 5, 2015 (Doc. 503 in CR 13-98-GF-BMM, Doc. 156 in CR 14-46-GF-BMM, and Doc. 232 in CR 14-47-GF-BMM), requiring Mr. Huston to advise which motions filed by previous counsel he wishes this Court to review.

Mr. Huston requests that the Court review and resolve the motion entitled *Huston Defendants' Motion in Limine Regarding Uncharged Conduct, Immunized Information and Admissions Now Withdrawn* (filed under seal pursuant to LR 5.1) (Doc. 413 in CR 13-98-GF-BMM, Doc. 88 in CR 14-46-GF-BMM, and Doc. 132 in CR 14-47-GF-BMM) and consider the related Memorandum (Doc. 414 in CR 13-98-GF-BMM, Doc. 89 in CR 14-46-GF-BMM, and Doc. 133 in CR 14-47-GF-BMM). Mr. Huston advises he will further comment on immunized information by subsequent Motion on or before the Motion Deadlines now set in these cases.

Recognizing the importance of preserving issues and challenges raised by prior counsel but already decided by this Court, Mr. Huston hereby notifies the Court that he adopts all prior substantive Motions in each of the following cases: Case Nos. CR 13-98-GF-BMM, CR 14-46-GF-BMM, and CR 14-47-GF-BMM. The undersigned will not supplement those Motions nor ask for reconsideration, so no further review is required.

RESPECTFULLY SUBMITTED this 17th day of August, 2015.

    /s/ Anthony R. Gallagher

## CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on August 17, 2015, a copy of the foregoing document was served on the following persons by the following means:

      1, 2      CM-ECF
      3         Mail
      3         E-Mail

1.   CLERK, U.S. DISTRICT COURT       3.   SHAD JAMES HUSTON
                                           Defendant

2.   RYAN G. WELDON
     BRYAN T. DAKE
     United States Attorney's Office
            Counsel for the United States

                              /s/ Anthony R. Gallagher

Federal Defenders of Montana
104 Second Street South, Suite 301
Great Falls, MT 59401
(406) 727-5328

P:\Gallagher\DOCS\Huston, S\USDCCase_13_98\CourtDocs_13_98\Response2Order.wpd